ACCEPTED
15-24-00073-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/14/2025 9:28 AM
CHRISTOPHER A. PRINE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
PHONE: (512) 936-1309
2/14/2025 9:28:12 AM
FAX: (512) 320-0667
CHRISTOPHER A. PRINE
Clerk

**COLE WILSON**
Assistant Attorney General
General Litigation Division

February 14, 2025

*Via electronic filing*
Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
PO Box 12852
Austin, Texas 78711

Re:  Court of Appeals Number:  15-24-00073-CV
     Trial Court Case Number:  D-1-GN-22-003365

Style:  *Texas Department of Insurance v. Som Thomas*

To the Honorable Fifteenth Court of Appeals:

Appellant, Texas Department of Insurance, files this Notice that Assistant Attorney General Cole P. Wilson will be appearing for Appellant at the oral argument set for Tuesday, March 25, 2025, at 1:00 p.m.

Please contact me if you have any questions. Thank you for your attention to this matter.

Sincerely,

*/s/ Cole P. Wilson*
COLE P. WILSON

cc: counsel of record

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Cole Wilson
Bar No. 24099363
raymond.abarca@oag.texas.gov
Envelope ID: 97383389
Filing Code Description: Letter
Filing Description: 20250214_Ltr to COA re Oral Argument NtcAAG Wilson
Status as of 2/14/2025 9:34 AM CST

Associated Case Party: Texas Department of Insurance

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 2/14/2025 9:28:12 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 2/14/2025 9:28:12 AM | SENT |

Associated Case Party: Som Thomas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark DDowney | | mdowney@dlawgrp.com | 2/14/2025 9:28:12 AM | SENT |